EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 461-2016-00988 |

Louisiana Commission On Human Rights and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Mr. Joe W. Aguillard
**Home Phone** (Incl. Area Code): (318) 641-1210
**Date of Birth**: 07-29-1956
**Street Address**: 107 Garnet Street, Pineville, LA 71360

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: LOUISIANA COLLEGE
**No. Employees, Members**: 101 - 200
**Phone No.** (Include Area Code): (318) 487-7401
**Street Address**: 1140 College Drive, Pineville, LA 71359

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☐ RACE ☐ COLOR ☐ SEX ☒ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 04-09-2016 Latest: 04-14-2016
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

After filing EEOC Charge No. 461-2016-00794 and submitting a complaint to the Chairman of the Board of Trustees (on April 9, 20162) about discriminatory practices and retaliation, the above-referenced employer made false and defamatory written and public statements to the media (resulting in numerous calls and text messages from the media), the President made retaliatory statements in formal press releases about my dismissal, I was locked out of my office, my laptop was confiscated, my internal grievances were suddenly treated differently than other whistleblowers, I was dismissed from my "President Emeritus" position, etc.

No reason was given for this treatment. In addition, LC created a job description that I have never seen nor signed which is in conflict with my employment agreement and sent it to the UNUM Insurance Company, damaging my petition for medical disability. Non-Calvinist, I believe that I was treated in the above-referenced manner because of my disability, religion, Southern Baptist, and in retaliation for filing a previous EEOC charge and other internal complaints about religion and disability discrimination in violation of the Americans With Disabilities Act, as amended, and Title VII of the Civil Rights Act of 1964, as amended. My employer fulfilled its promise to "ruin my life and reputation in the media" in retaliation for my disability and religion discrimination complaints.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 7-8-16
Charging Party Signature: Joe W. Aguillard

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EXHIBIT F