# THE PESNELL LAW FIRM
(A PROFESSIONAL LAW CORPORATION)
H.C. Beck Building, Suite 1100
400 Travis Street
Shreveport, Louisiana 71101

BILLY R. PESNELL
J. WHITNEY PESNELL.*
W. ALAN PESNELL

*ALSO ADMITTED TO PRACTICE IN TEXAS
AND THE DISTRICT OF COLUMBIA

MAILING ADDRESS
POST OFFICE BOX 1794
SHREVEPORT, LOUISIANA 71166-1794
TELEPHONE: (318) 226-5577
TELECOPY: (318)226-5578
EMAIL: BILL@PESNELLLAWFIRM.COM

September 5, 2018

VIA EMAIL (soxenhandler@goldweems.com)

Mr. Steven M. Oxenhandler
Gold, Weems, Bruser, Sues & Rundell
P.O. Box 6118
Alexandria, LA 71307-6118

       Re: *"Joe W. Aguillard v. Louisiana College,"* No. 1:17-CV-016761, Western District of Louisiana, Alexandria Division

Dear Mr. Oxenhandler:

  Please refer to Plaintiffs' First Request for Production of Documents directed to Louisiana College and, more particularly, to Requests for Production of Documents Number 5 and Number 6. In its response to Plaintiffs' requests for production Louisiana College has objected to Requests for Production Number 5 and Number 6. With all respect, we cannot agree with Louisiana College's objections.

  *First*: Louisiana College's objection that its production of the documentation submitted by it to SACSCOC is "unduly burdensome is not credible." Scanning these documents to a CD cannot possibly be "unduly burden" as Louisiana College claims.

  *Second*: Plaintiffs' complaint to SACSCOC referred to and cited "Calvinism" some 80 times and referred to 'SACSCOC" some 30 times. The test is not relevance, but whether the documents requested might lead to the discovery of admissible evidence. The document requested may well contain information relevant to his claim of "retaliation" or lead to the discovery of evidence relevant to that claim.

  I will call you Thursday morning, September 6, 2018, at 11:00 o'clock a.m., to discuss these issues pursuant to Rule 37(a)(1) to discuss and hopefully resolve these discovery issues.

Mr. Steven M. Oxenhandler
Gold, Weems, Bruser, Sues & Rundell
September 5, 2018
Page Two

      With kindest regards, we are

                                  Yours very truly,

                                  THE PESNELL LAW FIRM
                                  (A Professional Law Corporation)

                                        */s/Billy R. Pesnell*
                                By: _____
                                      Billy R. Pesnell

BRP:dne