UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA

| | | |
|---|---|---|
| JOE W. AGUILLARD, | * | CIVIL ACTION NO. 1:17-CV-01671 |
| Plaintiff | * | |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| LOUISIANA COLLEGE, | * | |
| Defendant | * | MAGISTRATE JUDGE HORNSBY |

# PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, comes Joe W. Aguillard, Plaintiff in the captioned action, and responds to Defendant Louisiana College's Statement of Undisputed Material Facts as follows:

**1.** Admitted in part; denied in part. Admitted that Louisiana College is a private, not-for-profit religious educational institution and that it has never held itself out to be a public university. Denied that it has never been operated as a public institution. Louisiana College operates as a public educational institution in soliciting students and in receiving funds from both Federal and State agencies.

**2.** Admitted in part; denied in part. Denied that Louisiana College was not created by any Louisiana statute. Louisiana College was created as a non-profit corporation under La. R.S. 12:201, et seq., with the power to contract. Admitted that the Louisiana College Board of

Trustees is not under the operational control or administrative authority of the State of Louisiana.

**3.** Admitted in part; denied in part. Admitted that Louisiana College is a religious educational institution; denied that Louisiana College is a "religious" corporation.

**4.** Admitted in part; denied in part. Admitted that Louisiana College is a college and educational institution; denied that it is "in whole" or "substantial part" supported by followers of the Baptist faith and the Louisiana Baptist Convention. Aguillard Aff., ¶11.

**5.** Admitted in part; denied in part. Admitted that Louisiana College's curriculum reflects a liberal arts tradition with professional and graduate studies taught through the lens of a Christian worldview. Ex. A1 - Louisiana College Faculty Handbook 2015-2016 [Excerpts], Brewer Affidavit; denied that the religious course work is designed toward propagation of the Baptist faith. See Aguillard Aff., ¶11.

**6.** Admitted.

And now, further responding to Defendant Louisiana College's Statement of Undisputed Material Facts, Plaintiff Joe W. Aguillard shows that the following material facts are not disputed:

**7.** Plaintiff was not employed by Louisiana College as a "minister" under his Employment Agreement. See Aguillard Aff., ¶4, Exhibit "A."

**8.** Plaintiff was not assigned to teach and did not teach under his Employment Agreement any course in religion or in which religion was a subject.

**9.** Plaintiff did not participate in and was not invited to participate in any chapel or other religious programs sponsored by Louisiana College during his employment under his Employment Agreement with Louisiana College.

**10.** Louisiana College holds itself out to the public, to its professional and prospective professional employees that it does not discriminate on the grounds of religion.

**11.** Louisiana College's Student Handbook (2015/2016) (*id*. at 78) expressly prohibits harassment, intimidation or abuse because of one's religion. See Aguillard Affidavit, ¶12, p. 5; Ex. D.

**12.** Dr. Joe W. Aguillard is and has been at all times relevant and material hereto a firm believer and supporter of the Baptist Faith and Message 2000 and the religious principles as published and adopted by Louisiana College. Dr. Aguillard is not a Calvinist. Aguillard Affidavit, ¶7, p. 3.

**13.** Dr. Richard B. Brewer, Jr., is a "Calvinist" and has never denied being a Calvinist. Aguillard Affidavit, ¶7, p. 3.

**14.** Louisiana College failed to protect Plaintiff against the abuse and harassment inflicted upon Plaintiff by Dr. Richard B. Brewer's actions in discriminating against Dr. Aguillard on the basis of his [Dr. Aguillard's] religion.

**15.** Dr. Richard B. Brewer, Jr., retaliated against Dr. Aguillard as an employee of Louisiana College, in part, because of Dr. Aguillard's non-Calvinist beliefs.

Respectfully submitted,

THE PESNELL LAW FIRM
(A Professional Law Corporation)

By: *s/Billy R. Pesnell*
_____
Billy R. Pesnell
Louisiana State Bar Roll No. 10533
J. Whitney Pesnell

        Louisiana State Bar Roll No. 15035
        W. Alan Pesnell
        Louisiana State Bar Roll No. 23249

        H.C. Beck Building, Suite 1100
        400 Travis Street (Zip: 71101)
        Post Office Box 1794
        Shreveport, Louisiana 71166-1794
        Telephone: (318) 226-5577
        Telecopy: (318) 226-5578

--       Attorneys for Plaintiff Joe W. Aguillard.

## C E R T I F I C A T E

I HEREBY CERTIFY That on September 14, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Shreveport, Louisiana, this 14th day of September, 2018.

        *s/Billy R. Pesnell*
        _____
        Of Counsel