UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| JOE W AGUILLARD | CIVIL ACTION NO. 1:17-cv-1671 |
|---|---|
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LOUISIANA COLLEGE | MAG. JUDGE MARK L. HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint (Doc. No. 32) is granted.

Monroe, Louisiana, this the 1st day of March, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE