think it was three scholarships that we found problems the year before. Uh, so, it's characterized as partially resolved. Uh, from our auditing standpoint. Um, so again, you're going from six findings to one finding, and all of them being resolved which was partially resolved. Ok, so to reiterate again, obviously that is a, is a good report. Um, the other piece of correspondence that I left with you was just a letter, on our letterhead, uh, three or four pages, addressed directly to you. And we are required to communicate with you in addition to the audit report uh, basically how the audit went. Did we have any problems, uh, I'm happy to say that we did not. Did we have any disagreements with the management, we did not. Did we run across any significant misstatements, that required adjustments to the financials. We did not run across any of those. Uh, there were a couple

(2:08:04) of items that are not audit findings. But warranted us communicating to you, um, their existence. And that's included in the letter that I gave you which on the third page, um, some of these, I think at least one of these issues has already been hit on, but I'm going to go ahead and cover them again. Um, it's under other audit findings or issues, The first one has to do with the large anonymous gift that you received, the ten million gift that you received during the year that we're talking about. Obviously, because of the significance of the amount, we confirmed that with the donors, part of our audit procedure. Which we sent a confirmation to that donor saying ok, this is what you've pledged, this is what you've given so far. And this is the Restriction that you originally placed on it. And the donors did confirm that and in that confirmation, also changed the Restriction on that gift which they are entitled to do. So that's what we are referring to right there. You do have a large Restricted gift and that revenue has been recognized uh, and then after we confirmed that gift, with the donor, the donor changed that Restriction. Um, the other item that I wanted to bring to your attention, um, and I'll just read it just because I don't want to leave anything out. On May 30, of 2014, the former president, acting as an authorized representative of Louisiana College, entered the college into a five year fee agreement with a local attorney. It was completely within the authority of the president at that time, um, we did, we didn't see it in the minutes so we wanted to make sure that the board was aware of it. Ok, no finding there, no policies or procedures that weren't followed that are in the report there, but we just wanted to make sure that our responsibility as auditors to make sure that you

28

were aware of that. Um, and that is really it. Like I said, we do a much more detailed presentation to the business affairs committee. Um, open to questions, comments, um, anything that you'd like to know from us. Whether it's today or any other day.

**RD** Can you go over the restrictions on the money, the ten million?

**MJ** I can. Um, I tell you what I'm going to do. Um, these things need to be read verbatim. Um, the original Restriction, when the original gift was made, (2:10:38) the Restriction was quote, This gift is Restricted to Dr. Joe Aguillard receiving a minimum renewed five year contract with Louisiana College. That was the original Restriction. When we confirmed that, and we put that Restriction on the confirmation, the donor replied back, Restriction will be amended to read quote, Dr. Joe Aguillard will remain as Emeritus for five years. (2:11:05) That's the Restriction that exists now on that gift.

**DH** What has been given?

**MJ** Um, two thousand, two million has been received. That there was no set payment plan of how that gift is gonna be made. Um, but, but two million has been received. Um, and has been invested at the Foundation. Um, other than this Restriction, it's at the discretion of the management as to how those funds will be used. It went through the normal channels of approving expenditures. Anyone else? Ok.

**TF** If anybody else has ten million, we'll be glad to receive you at the door. *Laughter* There's a report on it. *Laughter*

**RandyH** Thank you Mike. One of the things that you might be interested in knowing is that we do get an opportunity to meet as a committee with just Mike and his representative and no faculty there. And um, we utilize that time to ask some questions and to explore areas without offending anybody. Or anything like that so, that's something I didn't know if you were aware of. As our auditor, we have an opportunity to we have um, it doesn't need a second. But we have a motion that we accept this audit as presented. (2:12:48) Well our committee makes the motion. It does not need a second.

**TF** Any discussion? All in favor of this, raise your right hand. All opposed, like sign. It is so ordered.

29