UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOE W. AGUILLARD | CIVIL ACTION NO. 1:17-CV-01671 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LOUISIANA COLLEGE | MAG. JUDGE MARK L. HORNSBY |

**JUDGMENT**

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Louisiana College's Motion for Partial Summary Judgment [Doc. No. 103] is **GRANTED**. Aguillard's intentional infliction of emotional distress claim against LC is **DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 27th day of September, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE